UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS, | 1:12-cv-0544-AWI-SKO (HC) |
| Petitioner, | ORDER DIRECTING THE CLERK TO RESERVE PETITIONER WITH FINDINGS AND RECOMMENDATIONS (DOC. 11) AT THE NEW ADDRESS |
| v. | |
| WARDEN HECTOR ALFONZO RIOS, | |
| Respondent. | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENTS 13 & 15) |
| _____/ | |
| | 30-DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On July 16, 2012 and July 19, 2012, petitioner filed motions to extend time.

Petitioner explained in the motions that his institution of confinement had changed; on or about June 20 or 21, 2012, he was put in transit, and thus he would not have received any orders or mail from the Court between that time and on or about July 1, 2012. Petitioner did not appear to be aware of the Court's findings and recommendations to dismiss some claims and to deny Petitioner's motion for a temporary restraining order, which were filed and served on July 5, 2012. Therefore, in an abundance of caution, the Court will direct the Clerk to reserve the findings and recommendations on Petitioner at his new address.

With respect to Petitioner's motions for an extension of time, good cause having been

presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   July 23, 2012**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE