UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN HECTOR ALFONZO RIOS,<br><br>    Respondent. | Case No. 1:12-cv-00544-AWI-SKO-HC<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR LEAVE TO FILE AN AMENDED PETITION (DOC. 49) |

    Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion for leave to file an amended petition, which was filed on July 5, 2013.

    A court has inherent power to control its docket and the disposition of its cases with economy of time and effort for both the court and the parties. Landis v. North American Co., 299 U.S. 248, 254-255 (1936); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992). The Court exercises its discretion to set a briefing

1

schedule with respect to Petitioner's motion for the benefit of the Court and the parties.

Respondent shall FILE no later than thirty (30) days after the date of service of this order an opposition or a notice of non-opposition to Petitioner's motion.

Petitioner may FILE a reply to any opposition filed by Respondent to the motion no later than thirty (30) days after the date of service upon Petitioner of any opposition filed by Respondent.

IT IS SO ORDERED.

Dated:  **July 8, 2013**                              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE