UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN HECTOR ALFONZO RIOS,<br><br>        Respondent. | Case No. 1:12-cv-00544-AWI-SKO-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE (DOC. 51) |

    Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    On September 30, 2013, the Court ordered Respondent to show cause in twenty days why sanctions should not be imposed for Respondent's failure to comply with an order of the Court.

    On October 21, 2013, Respondent filed a response to the order to show cause.

    In view of Respondent's timely filing of an adequate response to the order to show cause and Respondent's further compliance with

1

the Court's underlying briefing order, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

    Dated: **October 24, 2013**                **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE