**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY BURGESS,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN HECTOR ALFONZO RIOS,<br><br>        Respondent. | Case No. 1:12-cv-00544-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 57)<br><br>ORDER DENYING PETITIONER'S MOTION FOR LEAVE TO FILE A SECOND AMENDED PETITION (DOC. 49) |

    Petitioner is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    On January 14, 2014, the Magistrate Judge filed findings and recommendations to deny Petitioner's motion for leave to file a second amended petition. The findings and recommendations were served on all parties on the same date. The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing of objections. Although the thirty-day period for the filing of objections has passed, no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis. Thus, the Court will adopt the findings and recommendations in full.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on January 14, 2014, (Doc. No. 57) are ADOPTED in full; and

2) Petitioner's motion for leave to file a second amended petition (Doc. No. 49) is DENIED.

IT IS SO ORDERED.

Dated:  March 4, 2014

SENIOR DISTRICT JUDGE