UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BURGESS,<br><br>          Petitioner,<br><br>     v.<br><br>HECTOR A. RIOS,<br><br>          Respondent. | No. 1:12-cv-00544-AWI-SKO   HC<br><br>**ORDER DENYING MOTION FOR TRANSCRIPTS**<br><br>**(Doc. 74)** |

Petitioner, a federal prisoner appealing this Court's denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, moves for an order providing him with a full transcript of the proceedings before this Court in accordance with the provisions of F.R.App.P. 10. Petitioner seeks to have the public assume the costs of the transcript of proceedings under the Criminal Justice Act.

In the above-entitled action, the Court evaluated the habeas petition based on the parties' written submissions. This means that there are no proceedings for which a transcript can be prepared.

Accordingly, Petitioner's motion for provision of transcripts at public expense is hereby DENIED.

IT IS SO ORDERED.

Dated:  **February 1, 2016**                      **/s/ Sheila K. Oberto**
                                                                   UNITED STATES MAGISTRATE JUDGE